EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> John L. Shapiro Torruella | 2015 TSPR 105 <br><br> 193 DPR ____ |

Número del Caso: TS-6,328


Fecha: 30 de julio de 2015


Abogado de la Parte Peticionaria:

      Por derecho Propio


Materia: Reactivación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re* | |
| John L. Shapiro Torruella | TS-6,328 |

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de julio de 2015

Atendida la "*Solicitud de Cambio a Estatus de Abogado Activo en el Registro Único de Abogados y Abogadas y Moción sobre la Re-Admisión al Ejercicio del Notariado y Aprobación de la Fianza Notarial*", se provee ha lugar.

La Secretaria de este Tribunal deberá atender con premura la correspondiente "*Moción sobre Re-Admisión al Ejercicio del Notariado y Aprobación de Fianza Notarial*" que ha quedado pendiente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo